**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE: VALARIE R. HOBSON                                 CASE NO. 26-12144-JDW
        DEBTOR                                                      CHAPTER 7

## ORDER APPROVING APPLICATION FOR EMPLOYMENT OF ATTORNEY

THIS CAUSE came before the Court on the Application for Employment of Attorney (the "Application") (Dk # 12) filed by Thomas C. Rollins, Jr., the Chapter 7 Trustee (the "Trustee"). The Court, having considered the Application and the accompanying Affidavit, finds that the requested employment is in the best interest of the Estate and should be approved. Accordingly, it is

**ORDERED, ADJUDGED, AND DECREED** that the Application is GRANTED. Pursuant to 11 U.S.C. § 327(d), Thomas C. Rollins, Jr. is authorized to serve as attorney for the Trustee in this case, effective as of the date of the Application, with compensation to be determined upon proper application and approval by the Court.

**IT IS FURTHER ORDERED** that the Trustee shall not receive attorney compensation for services that constitute the performance of the Trustee's statutory duties. See 11 U.S.C. §§ 328(b), 704.

**##END OF ORDER##**

**Submitted by:**

/s/Thomas C. Rollins, Jr.
**THOMAS C. ROLLINS, JR., CHAPTER 7 TRUSTEE (MSB #103469)**
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com