CM/ECF ntcflpoc
(Rev. 01/05/17)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

In Re:  Valarie R. Hobson                                     )            Case No.: 26–12144–JDW
        Debtor(s)                                             )            Chapter: 7
                                )            Judge: Jason D. Woodard
                                )
                                )

## NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Non–governmental creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court on or before 11/3/26. A claim of a governmental unit shall be filed on or before 2/1/27.

A proof of claim form is available on the Bankruptcy Forms page of the court's website at **www.msnb.uscourts.gov**. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a copy of the proof of claim together with a stamped, self–addressed envelope.

There is no fee for filing the proof of claim.

Any creditor who has filed a proof of claim already need not file another proof of claim.

Dated: 8/3/26

                               Shallanda J. Clay
                               Clerk, U.S. Bankruptcy Court

                           BY: MRH
                               Deputy Clerk

United States Bankruptcy Court

Northern District of Mississippi

| In re: | Case No. 26-12144-JDW |
|---|---|
| Valarie R. Hobson | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0537-1 | User: autodocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 03, 2026 | Form ID: ntcflpoc | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Valarie R. Hobson, 14063 Chapel Rdige Trail, Olive Branch, MS 38654-5037 |
| 4690718 | | Baptist Hospital, P.O. Box 74545, Atlanta, GA 30384-5345 |
| 4690725 | | Citi Cards, P.O. Box 6704, Dallas, TX 75265-6704 |
| 4690728 | | Desoto North MS, P.O. Box 1000, Dept. 496, Memphis, TN 38148-0001 |
| 4690733 | | Gateway, Credit First NA, P.O. Box 81410, Cleveland, OH 44181-0410 |
| 4690738 | | Methodist, P.O. Box 738142, Dallas, TX 75373-8142 |
| 4690741 | | Quantified, 28215 Parker Rd. Suite 305, Aurora, CO 80014-2748 |
| 4690746 | ++ | SOUTHERN SECURITY FEDERAL CREDIT UNION, 765 W POPLAR AVENUE, COLLIERVILLE TN 38017-2539 address filed with court:, Southern Security FCU, P.O. Box 310, Collierville, TN 38017 |
| 4690747 | | Sunrise Collection, P. O. Box 771211, Charlotte, NC 28272-1211 |
| 4690750 | | Toyo Clinic West TN, P.O. Boox 306469, Nashville, TN 37230-6469 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4690716 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 04 2026 01:09:53 | Affirm, 650 California Suite Floor 12, San Francisco, CA 94108-2716 |
| 4690717 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 04 2026 00:58:00 | Apple Card / GS Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 4690734 | | EDI: CITICORP | Aug 04 2026 05:00:00 | Home Depot Credit Services, Processing Center, Des Moines, IA 50364-0500 |
| 4690720 | | EDI: CAPITALONE.COM | Aug 04 2026 05:00:00 | Capital One, P.O. Box 60519, City of Industry, CA 91716-0519 |
| 4690721 | | EDI: SYNC | Aug 04 2026 05:00:00 | Care Credit, P.O. Box 71715, Philadelphia, PA 19176-1715 |
| 4690722 | | EDI: JPMORGANCHASE | Aug 04 2026 05:00:00 | Chase, P. O . Box 1423, Charlotte, NC 28201-1423 |
| 4690723 | | EDI: CITICORP | Aug 04 2026 05:00:00 | Citi Bank, P.O. Box 658234, Dallas, TX 75265-8234 |
| 4690724 | | EDI: CITICORP | Aug 04 2026 05:00:00 | Citi Cards, P.O. Box 658201, Dallas, TX 75265-8201 |
| 4690726 | + | EDI: WFNNB.COM | Aug 04 2026 05:00:00 | Comenity Bank, P. O. Box 182120, Columbus, OH 43218-2120 |
| 4690727 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 04 2026 01:09:43 | Credit One, P.O. Box 60500, City Of Industry, CA 91716-0500 |
| 4690731 | | Email/Text: BNSFN@capitalsvcs.com | Aug 04 2026 00:58:00 | First National Legacy, P.O. Box 5097, Sioux Falls, SD 57117 |
| 4690730 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 04 2026 00:58:00 | First National Bank of Omaha, P.O. Box 3412, |

| District/off: 0537-1 | User: autodocke | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 03, 2026 | Form ID: ntcflpoc | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| | | | | Omaha, NE 68197 |
| 4690719 | | Email/Text: BNSFS@capitalsvcs.com | Aug 04 2026 00:58:00 | Blaze, P.O. Box 5096, Sioux Falls, SD 57117-5096 |
| 4690729 | + | Email/Text: compliance@fecca.com | Aug 04 2026 00:58:00 | FedEx Employees Credit Assoc., 2731 Nonconnah Blvd., Memphis, TN 38132-2110 |
| 4690732 | + | EDI: AMINFOFP.COM | Aug 04 2026 05:00:00 | First Premier Bank, 900 W. Delaware, Sioux Falls, SD 57104-0347 |
| 4690735 | + | EDI: SYNC | Aug 04 2026 05:00:00 | JC Penney, P.O. Box 71729, Philadelphia, PA 19176-1729 |
| 4690736 | | EDI: CAPITALONE.COM | Aug 04 2026 05:00:00 | Kohls/Captial One, P.O. Box 60519, City of Industry, CA 91716-0519 |
| 4690737 | + | EDI: SYNC | Aug 04 2026 05:00:00 | Lowes, P.O. Box 71727, Philadelphia, PA 19176-1727 |
| 4690739 | + | EDI: NFCU.COM | Aug 04 2026 05:00:00 | Navy Federal, PO Box 3100, Merrifield, VA 22119-3100 |
| 4690740 | + | Email/Text: BKMAIL@planethomelending.com | Aug 04 2026 00:58:00 | Planet Home Lending, 321 Research Parkway, Meriden, CT 06450-8301 |
| 4690742 | + | Email/Text: newbk@Regions.com | Aug 04 2026 00:59:00 | Regions Bank, P.O. Box 11007, Birmingham, AL 35288-0001 |
| 4690743 | + | Email/Text: newbk@Regions.com | Aug 04 2026 00:59:00 | Regions Credit, P.O. Box 1984, Birmingham, AL 35201-1984 |
| 4690744 | | EDI: SYNC | Aug 04 2026 05:00:00 | Sam's Club, P.O. Box 71711, Philadelphia, PA 19176-1711 |
| 4690745 | | EDI: SYNC | Aug 04 2026 05:00:00 | Sam's Credit, P.O. Box 71783, Philadelphia, PA 19176-1783 |
| 4690748 | | EDI: SYNC | Aug 04 2026 05:00:00 | Synchrony Bank, P.O. Box 71715, Philadelphia, PA 19176-1715 |
| 4690749 | + | EDI: SYNC | Aug 04 2026 05:00:00 | TJX Rewards/ SYNCB, P.O. Box 669818, Dallas, TX 75266-0772 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2026                         Signature:        /s/Gustava Winters

District/off: 0537-1                           User: autodocke                              Page 3 of 3

Date Rcvd: Aug 03, 2026                        Form ID: ntcflpoc                            Total Noticed: 36

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Thomas C. Rollins, Jr. | on behalf of Trustee Thomas Carl Rollins  Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas Carl Rollins, Jr | trustee@therollinsfirm.com  MS20@ecfcbis.com |
| Tracy Buster Walsh | on behalf of Debtor Valarie R. Hobson tbwalsh@walshlawfirmpllc.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 4