CM/ECF hrgcnt4
(Rev. 08/17/16)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| In Re: Valarie R. Hobson<br>Debtor(s) | )<br>)<br>)<br>)<br>) | Case No.: 26−12144−JDW<br>Chapter: 7<br>Judge: Jason D. Woodard |

PLEASE TAKE NOTICE that a *rescheduled* hearing will be held at

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 10/6/26 at 10:29 AM

to consider and act upon the following:

***10*** – Reaffirmation Agreement Between Debtor and FedEx Employees Credit Association Filed by Tracy Buster Walsh on behalf of Valarie R. Hobson. (Walsh, Tracy)

Dated: 9/15/26

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: WC
Deputy Clerk

United States Bankruptcy Court

Northern District of Mississippi

In re:
Valarie R. Hobson
Debtor

Case No. 26-12144-JDW
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 1 |
| Date Rcvd: Sep 15, 2026 | Form ID: hrgcnt4 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Valarie R. Hobson, 14063 Chapel Rdige Trail, Olive Branch, MS 38654-5037 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas C. Rollins, Jr. | on behalf of Trustee Thomas Carl Rollins Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas Carl Rollins, Jr | trustee@therollinsfirm.com MS20@ecfcbis.com |
| Tracy Buster Walsh | on behalf of Debtor Valarie R. Hobson tbwalsh@walshlawfirmpllc.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 4