**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**In re:**

| | | | |
|---|---|---|---|
| **Valarie R. Hobson** | ) | **Case No:** | **26-12144-JDW** |
| | ) | | |
| | ) | | |
| | ) | | |
| **Debtor** | ) | **Chapter:** | **7** |

**ORDER ON REAFFIRMATION AGREEMENT (DKT. #10)**

A reaffirmation agreement between the Debtor(s) and FedEx Employees Credit Association was filed on July 31, 2026 (the "Reaffirmation Agreement") (Dkt. #10). The hearing on the Reaffirmation Agreement was held on October 6, 2026. For the reasons set forth on the record, it is hereby **ORDERED, ADJUDGED, AND DECREED** that

☒ The Reaffirmation Agreement is **APPROVED.**

☐ Approval of the Reaffirmation Agreement is **DENIED.**

☐ Approval of the Reaffirmation Agreement is **DENIED** for the Debtor(s)' failure to appear at the hearing.

##END OF ORDER##