**SO ORDERED,**

**Judge Jason D. Woodard**
**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**In re:**

| | | | |
|---|---|---|---|
| **Valarie R. Hobson** | ) | **Case No:** | **26-12144-JDW** |
| | ) | | |
| | ) | | |
| | ) | | |
| **Debtor** | ) | **Chapter:** | **7** |

**<u>ORDER ON REAFFIRMATION AGREEMENT (DKT. #10)</u>**

A reaffirmation agreement between the Debtor(s) and FedEx Employees Credit Association was filed on July 31, 2026 (the "Reaffirmation Agreement") (Dkt. #10). The hearing on the Reaffirmation Agreement was held on October 6, 2026. For the reasons set forth on the record, it is hereby **ORDERED, ADJUDGED, AND DECREED** that

- ☒ The Reaffirmation Agreement is **APPROVED.**
- ☐ Approval of the Reaffirmation Agreement is **DENIED.**
- ☐ Approval of the Reaffirmation Agreement is **DENIED** for the Debtor(s)' failure to appear at the hearing.

##END OF ORDER##

United States Bankruptcy Court
Northern District of Mississippi

In re: Case No. 26-12144-JDW
Valarie R. Hobson Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 2
Date Rcvd: Oct 07, 2026 Form ID: pdf0003 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Valarie R. Hobson, 14063 Chapel Rdige Trail, Olive Branch, MS 38654-5037 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: compliance@fecca.com | Oct 08 2026 00:58:00 | Fedex Employees Credit Association, 2731 Nonconnah Blvd., Memphis, TN 38132-2110 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas C. Rollins, Jr. | on behalf of Trustee Thomas Carl Rollins Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas Carl Rollins, Jr | trustee@therollinsfirm.com MS20@ecfcbis.com |
| Tracy Buster Walsh | on behalf of Debtor Valarie R. Hobson tbwalsh@walshlawfirmpllc.com |

U. S. Trustee USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 4