**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Valarie R. Hobson<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–3636 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Mississippi | | |
| Case number: | 26–12144–JDW | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Valarie R. Hobson

10/16/26

**By the court:** Jason D. Woodard
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Mississippi

In re: Case No. 26-12144-JDW
Valarie R. Hobson Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 3
Date Rcvd: Oct 30, 2026 Form ID: 318 Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Valarie R. Hobson, 14063 Chapel Rdige Trail, Olive Branch, MS 38654-5037 |
| 4690718 | | Baptist Hospital, P.O. Box 74545, Atlanta, GA 30384-5345 |
| 4690725 | | Citi Cards, P.O. Box 6704, Dallas, TX 75265-6704 |
| 4690728 | | Desoto North MS, P.O. Box 1000, Dept. 496, Memphis, TN 38148-0001 |
| 4690733 | | Gateway, Credit First NA, P.O. Box 81410, Cleveland, OH 44181-0410 |
| 4690738 | | Methodist, P.O. Box 738142, Dallas, TX 75373-8142 |
| 4690741 | | Quantified, 28215 Parker Rd. Suite 305, Aurora, CO 80014-2748 |
| 4690746 | ++ | SOUTHERN SECURITY FEDERAL CREDIT UNION, 765 W POPLAR AVENUE, COLLIERVILLE TN 38017-2539 address filed with court:, Southern Security FCU, P.O. Box 310, Collierville, TN 38017 |
| 4690747 | | Sunrise Collection, P. O. Box 771211, Charlotte, NC 28272-1211 |
| 4690750 | | Toyo Clinic West TN, P.O. Boox 306469, Nashville, TN 37230-6469 |
| 4731230 | | Verizon, by AIS InfoSource LP as agent, PO Box 661380, Dallas, TX 75266-1380 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4690716 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 30 2026 10:33:10 | Affirm, 650 California Suite Floor 12, San Francisco, CA 94108-2716 |
| 4690717 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 30 2026 10:26:00 | Apple Card / GS Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 4690734 | | EDI: CITICORP | Oct 30 2026 14:24:00 | Home Depot Credit Services, Processing Center, Des Moines, IA 50364-0500 |
| 4690720 | | EDI: CAPITALONE.COM | Oct 30 2026 14:24:00 | Capital One, P.O. Box 60519, City of Industry, CA 91716-0519 |
| 4712442 | | EDI: CAPITALONE.COM | Oct 30 2026 14:24:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 4690721 | | EDI: SYNC | Oct 30 2026 14:24:00 | Care Credit, P.O. Box 71715, Philadelphia, PA 19176-1715 |
| 4690722 | | EDI: JPMORGANCHASE | Oct 30 2026 14:24:00 | Chase, P. O . Box 1423, Charlotte, NC 28201-1423 |
| 4690723 | | EDI: CITICORP | Oct 30 2026 14:24:00 | Citi Bank, P.O. Box 658234, Dallas, TX 75265-8234 |
| 4690724 | | EDI: CITICORP | Oct 30 2026 14:24:00 | Citi Cards, P.O. Box 658201, Dallas, TX 75265-8201 |
| 4690726 | + | EDI: WFNNB.COM | Oct 30 2026 14:24:00 | Comenity Bank, P. O. Box 182120, Columbus, OH 43218-2120 |
| 4690727 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 30 2026 10:33:13 | Credit One, P.O. Box 60500, City Of Industry, CA 91716-0500 |
| 4690731 | | Email/Text: BNSFN@capitalsvcs.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 30 2026 10:26:00 | First National Legacy, P.O. Box 5097, Sioux Falls, SD 57117 |
| 4690730 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 30 2026 10:26:00 | First National Bank of Omaha, P.O. Box 3412, Omaha, NE 68197 |
| 4690719 | | Email/Text: BNSFS@capitalsvcs.com | Oct 30 2026 10:26:00 | Blaze, P.O. Box 5096, Sioux Falls, SD 57117-5096 |
| 4690729 | + | Email/Text: compliance@fecca.com | Oct 30 2026 10:26:00 | FedEx Employees Credit Assoc., 2731 Nonconnah Blvd., Memphis, TN 38132-2110 |
| 4690732 | + | EDI: AMINFOFP.COM | Oct 30 2026 14:24:00 | First Premier Bank, 900 W. Delaware, Sioux Falls, SD 57104-0347 |
| 4690735 | + | EDI: SYNC | Oct 30 2026 14:24:00 | JC Penney, P.O. Box 71729, Philadelphia, PA 19176-1729 |
| 4690736 | | EDI: CAPITALONE.COM | Oct 30 2026 14:24:00 | Kohls/Captial One, P.O. Box 60519, City of Industry, CA 91716-0519 |
| 4690737 | + | EDI: SYNC | Oct 30 2026 14:24:00 | Lowes, P.O. Box 71727, Philadelphia, PA 19176-1727 |
| 4690739 | + | EDI: NFCU.COM | Oct 30 2026 14:24:00 | Navy Federal, PO Box 3100, Merrifield, VA 22119-3100 |
| 4714684 | + | EDI: NFCU.COM | Oct 30 2026 14:24:00 | Navy Federal Credit Union Attn Bankruptcy, PO BOX 3000, MERRIFIEDL, VA 22116-3000 |
| 4690740 | + | Email/Text: BKMAIL@planethomelending.com | Oct 30 2026 10:26:00 | Planet Home Lending, 321 Research Parkway, Meriden, CT 06450-8301 |
| 4690742 | + | Email/Text: newbk@Regions.com | Oct 30 2026 10:26:00 | Regions Bank, P.O. Box 11007, Birmingham, AL 35288-0001 |
| 4690743 | + | Email/Text: newbk@Regions.com | Oct 30 2026 10:26:00 | Regions Credit, P.O. Box 1984, Birmingham, AL 35201-1984 |
| 4690744 | | EDI: SYNC | Oct 30 2026 14:24:00 | Sam's Club, P.O. Box 71711, Philadelphia, PA 19176-1711 |
| 4690745 | | EDI: SYNC | Oct 30 2026 14:24:00 | Sam's Credit, P.O. Box 71783, Philadelphia, PA 19176-1783 |
| 4690748 | | EDI: SYNC | Oct 30 2026 14:24:00 | Synchrony Bank, P.O. Box 71715, Philadelphia, PA 19176-1715 |
| 4690749 | + | EDI: SYNC | Oct 30 2026 14:24:00 | TJX Rewards/ SYNCB, P.O. Box 669818, Dallas, TX 75266-0772 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas C. Rollins, Jr. | on behalf of Trustee Thomas Carl Rollins Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas Carl Rollins, Jr | trustee@therollinsfirm.com MS20@ecfcbis.com |
| Tracy Buster Walsh | on behalf of Debtor Valarie R. Hobson tbwalsh@walshlawfirmpllc.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 4